PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Eliasof, Michael**                           Docket No 07 CR 907

### Petition for Action on Conditions of Pretrial Release

COMES NOW, **Elizabeth Auson**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Eliasof, Michael**, who was placed under pretrial release supervision by the **Honorable Jose L. Linares** sitting in the Court at 50 Walnut Street, Newark, New Jersey on November 14, 2007 the following conditions:

A $500,000 unsecured appearance bond along with the condition that he: 1) Report to Pretrial Services; 2) Not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with or retaliate against any witness, victim or informant in this case; 3) The defendant is restricted to New Jersey unless otherwise approved by Pretrial Services; 4) He is to surrender passport and not re-apply for additional travel documents.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM}**

PRAYING THAT THE COURT WILL ORDER The modification of the defendant's bail to include the following conditions of bail:

1. The defendant shall participate in a mental health evaluation and/or treatment as deemed appropriate by Pretrial Services;
2. The defendant is prohibited from the possession of any firearms and/or purchaser identification cards or permits;
3. The defendant's wife, Barbara Eliasof shall serve as third party custodian for the defendant when he is in New Jersey, and the defendant's daughter, Stephanie Karrastik shall serve as third party custodian when the defendant is in Florida when Barbara Eliasof is not with the defendant.

ORDER OF COURT
Considered and ordered this \_\_6th\_\_ day of \_\_August\_\_, 2010 and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on \_\_August 4, 2010\_\_

_____
Elizabeth Auson
U.S. Pretrial Services Officer