# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 2:07-CR-907-JLL-01 |
| Plaintiff(s), | |
| v. | |
| MICHAEL ELIASOF, | O R D E R |
| Defendant(s). | |

This matter having been opened to the Court on Notice of Motion [cm/ecf. doc. # 15] by Koribanics and Koribanics, Attorneys for Plaintiff, for an Order to Amend Judgment of Conviction of Michael Eliasof,

**It is on this 14th day of MARCH, 2011;**

**ORDERED**, that Michael Eliasof's Judgment of Conviction be amended to reflect a recommendation that he be imprisoned at FMC Butner in North Carolina; and, it is further,

**ORDERED**, that Michael Eliasof's P.S.R. be amended to include Dr. David Zylberger's report; and, it is further;

**ORDERED**, that Michael Eliasof be allowed to extend his surrender to April 26, 2011; and it is further,

**ORDERED**, that a copy of this Order shall be served on all parties within 3 days.

_____
Jose L. Linares,
United States District Judge