UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Docket No. 2:07-CR-907-JLL-01 |
| vs. : | |
| : | |
| MICHAEL ELIASOF : | ORDER |
| Defendant(s) : | |

This matter having been opened to the Court on Notice of Motion by Koribanics and Koribanics, Attorneys for Plaintiff, for an Order to Extend Surrender Date of Michael Eliasof.

IT IS ON THIS __18th__ day of __APRIL__ 2011.

HEREBY ORDERED that Michael Eliasof's Surrender date be postponed until __June 27, 2011 at/or before 12 P.M.__

IT IS FURTHER ORDERED that a copy of this Order shall be served on all parties within __3__ Days.

_____
J.S.C.

DATED:

4/18/11