UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>MICHAEL ELIASOF<br><br>*Defendant.* | Honorable Jose L. Linares<br><br>Criminal No. 07-907<br><br>**Order Denying Third Motion<br>to Extend Reporting Date** |

**Whereas**, on March 14 and April 18, 2011, this Court granted motions by defendant Michael Eliasof (Docket Entries 16 & 19) to extend his deadline for reporting to the Bureau of Prisons ("BOP") to begin serving his term of imprisonment at FCI Butner:  first until April 26, 2011; second until June 27, 2011; and both times because of medical conditions that Eliasof claimed to be suffering;

**Whereas**, in response to both of Eliasof's prior motions (Docket Entries 15 & 18), the United States received assurances from BOP that it could accommodate Eliasof's medical needs at its facilities at FMC Butner, and, if necessary, would arrange for outpatient treatment with nearby physicians;

**Whereas**, the United States did not oppose Eliasof's prior two motions but informed counsel in response to the second motion that it would oppose any further postponement of Eliasof's reporting date in light of BOP's ability to accommodate his medical needs;

**Whereas**, on June 16, 2011, Eliasof nonetheless filed a third motion to extend his reporting date (Docket Entry 20), this time because of supposedly "severe pain in the area of his [left] foot," presumably relating to a reported "[A]chilles

tendon rupture" for which Eliasof was scheduled to have surgery on June 16, 2011, after which he was to "be placed in a boot for a period of approximately 6 weeks";

**Whereas**, BOP has represented to the United States that it believes it can handle Eliasof's need for a boot on his left foot at FMC Butner, as it does with other inmates being treated at FMC Butner;

It is hereby **Ordered** that Eliasof's motion to extend his reporting date is **Denied**, and Eliasof must report to FCI Butner on June 27, 2011 by 12:00 p.m.

**ORDERED**   this _____ day of June, 2011.

_____
Honorable Jose L. Linares
United States District Judge