UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ELIASOF<br><br>*Defendant.* | Honorable Jose L. Linares<br><br>Criminal No. 07-907<br><br>**Order Denying Motion for Reconsideration of Order Denying Third Motion to Extend Reporting Date** |

**Whereas**, on June 21, 2011, the Court denied defendant Michael Eliasof's third motion to extend his deadline for reporting to the Bureau of Prisons ("BOP") to begin serving his term of imprisonment at FCI Butner (Docket Entry 21, denying Docket Entry 20);

**Whereas**, on June 23, 2011, Eliasof moved for reconsideration of the Court's June 21st Order, based upon additional information from his treating physician concerning his medical condition (Docket Entry 21);

**Whereas**, by letter dated June 24, 2011 (a copy of which is attached), the BOP has represented that it has reviewed this information and "will be able to provide appropriate care for" Eliasof;

It is hereby **Ordered** that Eliasof's motion for reconsideration of the Court's June 21st Order is **Denied**, and he must report to FCI Butner on June 27, 2011 by 12:00 p.m.

**ORDERED** this ___24th___ day of June, 2011.

    /s/   Jose L. Linares
Honorable Jose L. Linares
United States District Judge