

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

| | |
|---|---|
| *970 Broad Street, Suite 700*<br>*Newark, NJ 07102* | *general number: (973)645-2700*<br>*telephone number:(973) 645-2834*<br>*fax number: (973) 645-3210*<br>*e-mail:kelly.parker-battle@usdoj.gov* |

November 18, 2011

Hon. Jose L. Linares
Judge, U.S. District Court
Dr. Martin Luther King, Jr.
  Federal Building
50 Walnut Street
Newark, New Jersey  07102

            Re:      United States of America v. Michael Eliasof
                     and Wells Fargo Bank
                     <u>Criminal Action No. 07-907</u>

Dear Judge Linares:

      We herewith request that the Application and Order for Writ of Garnishment in the above captioned matter be withdrawn.

      Thank you for your assistance in this matter.

                            Respectfully submitted,

                            PAUL J. FISHMAN
                            United States Attorney

            By:     KELLY C. PARKER-BATTLE
                     Financial Specialist

Encl.

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jose L. Linares |
| *Plaintiff,* | Criminal No. 07-907 |
| v. | ORDER |
| MICHAEL ELIASOF, | |
| *Defendant,* | |
| and | |
| WELLS FARGO, and its successors or assigns, | |
| *Garnishee.* | |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN

for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause

shown,

It is on this 23ʳᵈ day of *Nov.* , 2011

ORDERED that the Application and Order for Writ of Garnishment in this matter is

hereby WITHDRAWN.

HON. JOEL A. LINARES
Judge, U.S. District Court