

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

general number: (973)645-2700
telephone number:(973) 645-2834
fax number: (973) 645-3210
e-mail:kelly.parker-battle@usdoj.gov

November 21, 2011

Hon. Jose L. Linares
Judge, U.S. District Court
Dr. Martin Luther King, Jr.
 Federal Building
50 Walnut Street
Newark, New Jersey  07102

        Re:    United States of America v. Michael Eliasof
                 and RBC Wealth Management
                 <u>Criminal Action No. 07-907</u>

Dear Judge Linares:

      We herewith request that the Application and Order for Writ of Garnishment in the above captioned matter be withdrawn.

      Thank you for your assistance in this matter.

                                      Respectfully submitted,

                                      PAUL J. FISHMAN
                                      United States Attorney

                  By:    KELLY C. PARKER-BATTLE
                       Financial Specialist

Encl.

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. MICHAEL ELIASOF, *Defendant,* and RBC WEALTH MANAGEMENT, and its successors or assigns, *Garnishee.* | Hon. Jose L. Linares<br><br>Criminal No. 07-907<br><br>ORDER |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 23rd day of November, 2011

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

HON. JOEL A. LINARES
Judge, U.S. District Court